In the Matter of the Estate of David Lamond, Deceased. Nora Lamond, Respondent; Claudia Lamond, as Executrix of David Lamond, Deceased, Appellant.— Decree unanimously affirmed, with costs. No opinion. Present— Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

### (December 5, 1947.)

Joseph Cohn et al., Copartners Doing Business under the Name of Mayfair Footwear Co., Appellants, v. Samuel Friedman, Doing Business under the Name of Fibre Sole Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

Parke-Bernet Galleries, Inc., Appellant, v. Cristina de B. Patino et al., Respondents.— Judgment, so far as appealed from, affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.; Peck, P. J., and Shientag, J., dissent and vote to reverse and direct judgment for plaintiff and remit for an inquest as to damages. [189 Misc. 838.]

Charles Ludwig, Respondent, v. State Mutual Life Assurance Company of Worcester, Massachusetts, et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

Carl Del Campo, Appellant, v. Matthew J. Scanlan et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

The People of the State of New York ex rel. Alurion Realty Corporation, Appellant, against William W. Mills et al., Constituting the Tax Commission of the City of New York, Respondents. [1429–1431 Broadway, Borough of Manhattan.] — Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

Rose Zucker et al., as Administratrices of the Estate of Sylvia Zucker, Deceased, et al., Appellants, v. Public Service Interstate Transportation Co., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

Isaac Klein, Respondent, v. Arthur A. Klotz, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

Shepard Chemical Corporation, Appellant-Respondent, v. Parsons & Whittemore, Inc., et al., Respondents-Appellants.— Order unanimously

affirmed, without costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.